UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALAKA SANDERS,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING**<br><br>  Defendant. | CASE NO. 4:21-cv-07740-YGR<br><br>**ORDER RE: THIRD MOTION FOR ENTRY OF DEFAULT**<br><br>Dkt. No. 12 |

The Court has reviewed plaintiff's third motion for entry of default. (Dkt. No. 12.) Plaintiff has still not demonstrated that she served the Department of Fair Employment and Housing and has made no attempt to properly serve the Department in light of the Court's guidance concerning proper service. (Dkt. Nos. 9, 11.) Therefore, the Court **DENIES** plaintiff's third motion for entry of default.

Plaintiff's motion also requests that the Court direct the United States Marshal to serve her summons that identifies the California Attorney General. Pursuant to Federal Rule of Civil Procedure 4(c)(3), "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 or as a seaman under 28 U.S.C. §1916." Since plaintiff is not proceeding in forma pauperis, use of the United States Marshal is discretionary. Service through the United States Marshal would be ineffective because plaintiff has still not corrected her summons to be served on the Department as previously ordered. Therefore, the Court **DENIES** plaintiff's request.[1]

This Order terminates Docket Number 12.

**IT IS SO ORDERED**.

Dated: November 22, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] The Court reiterates its recommendation that plaintiff consult with the Legal Help Desk.